## IN RE: Michael Wayne SHORE, Appellant

## In re: Peter White, Michael Wayne Shore, Wolfred Charles Attal, III, Appellants

### 2016-1461
### 2016-1462

United States Court of Appeals, Federal Circuit.

November 10, 2016

JOHN DAVID SIMMONS, Panitch Schwarze Belisario & Nadel LLP, Philadelphia, PA, argued for appellants. Also represented by STEPHEN EMERSON MURRAY; MICHAEL W. SHORE, Shore Chan DePumpo LLP, Dallas, TX.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by THOMAS W. KRAUSE, SCOTT C. WEIDENFELLER, COKE MORGAN STEWART, LORA DRISCOLL.

## JUDGMENT

Per Curiam (Reyna, Linn, and Wallach, Circuit Judges).

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**